UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAVAR MALLOY,

                              Plaintiff,

v.                                                                     1:18-CV-1460 (BKS/DJS)

JACOB SOPCHAK, et al.,

                              Defendants.
_____

**Appearances:**

Javar Malloy
Albany County Correctional Facility
840 Albany Shaker Road
Albany, NY 12211
*Plaintiff, pro se*

**Hon. Brenda K. Sannes, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

      By Order of this Court filed March 4, 2019, Plaintiff was granted leave to file an amended complaint within 30 days. (Dkt. No. 5). No amended complaint has been filed, therefore it is hereby

      **ORDERED** that in accord with the Report and Recommendation, which was adopted by the Court (Dkt. 4 at 5 n.1; Dkt. 5), the Clerk is directed to separate the Defendant currently listed on the docket as "Albany County/City" into two separate Defendants: City of Albany and County of Albany; and it is further

      **ORDERED** that the Clerk shall issue summonses and forward them with copies of the complaint and packets containing General Order 25, which sets forth this district's Civil Case

Management Plan, to the United States Marshal for service upon the named defendants; and it is further

**ORDERED** that a response to the complaint shall be filed by defendants or their counsel as provided for in the Federal Rules of Civil Procedure; and it is further

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. Plaintiff must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with rule 7.1 of the Local Rules of Practice for the Northern District of New York in filing motions. Motions will be decided on submitted papers, without oral argument, unless otherwise ordered by this Court. **<u>Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in his address; his failure to do so may result in the dismissal of this action</u>**; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: May 8, 2019

*Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge